# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | CASEY HARLO & MONA JEAN PRUNTY | | |
| **Case Number:** | 2:09-BK-08882-CGC | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, MAY 27, 2010 01:30 PM  6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | MARCO GARCIA | | |

## Matter:

MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 8102 E. FAIRFIELD ST.,MESA, AZ 85207 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF U.S. BANK, N.A., IT'S SUCCESSORS AND/OR ASSIGNS .

**R / M #:**  41 / 0

## Appearances:

KEVIN J RATTAY, ATTORNEY FOR CASEY HARLO PRUNTY, MONA JEAN PRUNTY
LEONARD MCDONALD, ATTORNEY FOR U.S. BANK

## Proceedings:

COUNSEL AGREE TO THE ENTRY OF A 6 MONTH CURE ORDER.

CLERK:  THE COURT WILL SIGN THE ORDER WHEN SUBMITTED.